

Edward Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

July 11, 2022

<u>**VIA ECF**</u>

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

Re: *Chalas v. Professional Health and Nutrition, Inc.*; Case No. 1:22-cv-3889-JMF

Dear Judge Furman:

We represent plaintiff Ana Chalas ("Plaintiff") in the above-referenced action. We respectfully write to the Court regarding the Proposed Case Management Plan submitted to the Court on July 7, 2022. *See* Docket No. 10. This Proposed Case Management Plan, filed as an exhibit to the joint letter, was filed in this case in error and we respectfully request to have it struck from the docket.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/ Edward Kroub
Edward Kroub, Esq.

Cc: All Counsel of Record (via ECF)

---

The Court understands from Plaintiff's motion that the parties did not intend to file a proposed Case Management Plan ("CMP") with their joint letter filed July 7, 2022, and that the filing of the proposed CMP at ECF No. 10-1 was an error by Plaintiff's counsel. This is odd, as the proposed CMP includes the correct caption and case number for this case. Nevertheless, Plaintiff's motion to strike is GRANTED and the July 8, 2022 CMP, ECF No. 12, is hereby VACATED. In lieu of the deadlines set forth in the CMP, by **August 11, 2022**, the parties shall file a joint letter updating the Court on the progress of settlement negotiations and proposing next steps.

Finally, the Court does not appreciate having its time wasted. Going forward, Plaintiff's counsel should examine its filings with more care. The Clerk of Court is directed to terminate ECF No. 13. SO ORDERED.

July 11, 2022