**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANA CHALAS, *Individually, and On Behalf of*
*All Others Similarly Situated*,

                       Plaintiff,                  **ORDER**

                -against-                 **22-CV-3889 (JMF) (JW)**

PROFESSIONAL HEALTH AND
NUTRITION, INC.,

                       Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This matter has been referred for settlement. Dkt. No. 11. The Court is not available on the date the Parties provided in their July 11, 2022 letter. Dkt. No. 15.

The Parties are directed to contact Courtroom Deputy Christopher Davis via email at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in the first two weeks of August 2022. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference.

Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.

SO ORDERED.

DATED:   New York, New York
               July 13, 2022

                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge